UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-08120-MCS-MAA**   Date: **January 12, 2022**

Title   *Truonghai Thai Nguyen v. DHS, et al.*

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Re: Dismissal for Lack of Prosecution

Petitioner is ordered to show cause, in writing, no later than **February 11, 2022**, why this action should not be dismissed for lack of prosecution.

If Petitioner files the following items on or before the above date, this Order to Show Cause will be discharged, and no additional action need be taken.

- ☒ $5 filing fee *or* completed Declaration in Support of Request to Proceed for *In Forma Pauperis* (attached)
- ☒ Written response to the Court's November 2, 2021 Order (order attached)

Alternatively, if Petitioner no longer wishes to pursue this habeas action, Petitioner may file a notice of voluntary dismissal (attached).

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))
Form CV-27, pp. 6–7 (Declaration in Support of Request to Proceed *In Forma Pauperis*)
Court's November 2, 2021 Order (ECF No. 3)